BEFORE THE SECOND DIVISION, MARCH 4, 1968

**No. P68/99.**—L. Thaler & Co., Inc. *v.* United States, protest 63/3097 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of plastic horns, which are not dedicated to use as parts of bicycles, which are most similar in the uses to which they may be applied, and which, except for component material, are similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiff was sustained.

**No. P68/100.**—Parkell Co. *v.* United States, protests 62/6236, etc. (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of copper bands similar in all material respects to those the subject of *Parkell Co.* v. *United States* (57 Cust. Ct. 285, C.D. 2790), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 5, 1968

**No. P68/101.**—Famous Jobbing Company, Inc., et al. *v.* United States, protests 63/11437, etc. (Los Angeles).

WATSON, J. In accordance with stipulation of counsel that the issue herein is the specific issue in *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.